1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS                              JS-6
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear Street, Suite 800
9        San Francisco, CA 94105
10       Telephone: (415) 977-8825
         Facsimile: (415) 744-0134
11       Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant
13
                  UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                      SOUTHERN DIVISION
16
   DELFINO OCHOA, III,              )
17        Plaintiff,                ) Case No.: 8:20-cv-01546-SK
18                                  )
        vs.                         ) JUDGMENT
19                                  )
20 ANDREW SAUL, Commissioner of     )
   Social Security,                 )
21                                  )
22        Defendant.                )
                                    )
23                                  )
24
25
26
27
28

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |
| 5 | |
| 6 | DATED: April 5, 2021   _____ |
| 7 | HONORABLE JUDGE STEVE KIM |
| 8 | UNITED STATES MAGISTRATE JUDGE |